UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| PHOUNG A. NGUYEN, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for entry of a Final Order of Forfeiture with respect to the following assets:

(a) One (1) Hi-Point Model C9 9mm Handgun with Magazine(s) and Accessories, bearing Serial No. P1431444;

(b) One (1) Smith & Wesson Model 66 .357 Magnum Revolver;

(c) Three Firearms:
1. One (1) Taurus Model 605PlyB2 Protector .357 Magnum Revolver, bearing Serial No. FS 14228;
2. One (l) Beretta Model 950 Jetfire .25 Caliber Pistol, bearing Serial No. BU23l38V; and
3. One (l) Mossberg Model 500A l2-gauge Shotgun, bearing Serial No. u085182.

The Court, having reviewed the United States' motion, as well as other pleadings and papers filed in this matter, hereby APPROVES entry of a final order of forfeiture for reasons

explained herein.

In the plea agreement entered on December 21, 2015, Defendant Nguyen ("Defendant") forfeited his interest in the above-listed property pursuant to 21 U.S.C. § 924(d)(1). (Dkt. No. 451 at ¶¶ 14 – 25.) On April 5, 2016, this Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) and ordering that Defendant's interest in the property be forfeited. (Dkt. No. 620.) The United States subsequently complied with applicable notice requirements. (Dkt. Nos. 719, 1049); s*ee* 21 U.S.C. § 853(n)(l); Fed. R. Crim. Pro. 2.2(b)(6)(C), 32.2(b)(6)(A). The time for filing third-party petitions has expired, and none were filed. *See* 21 U.S.C. § 853(n)(2).

The Court therefore ORDERS as follows:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;
2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,
3. The Department of Justice, and/or its representative, is authorized to dispose of the above-listed property as permitted by governing law.

DATED this 2nd day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE
CR15-0120-JCC
PAGE - 2